**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Edgar D. Mims, Jr., | Court File No. 1:13-cv-08987 |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| Union Pacific Railroad Company, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, Edgar D. Mims, Jr. and Defendant Union Pacific Railroad Company, by and through their respective undersigned attorneys of record, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

                                              **NICHOLS KASTER, PLLP**

Dated:  August 6, 2015          By /s/ Nicholas D. Thompson
                                                James H. Kaster (MN #53946 )
                                                   kaster@nka.com
                                              Nicholas D. Thompson (MN #389609)
                                                   nthompson@nka.com
                                            80 South Eighth Street
                                            4600 IDS Center
                                            Minneapolis, Minnesota 55402-2242
                                            Telephone:  (612) 256-3200
                                            Fax:  (612) 338-4878

                                            and

                                            **THE PRINZ LAW FIRM, P.C.**
                                            Kristen E. Prinz (ARDC #6291900)
                                            kprinz@prinz-lawfirm.com
                                            Amit S. Bindra (ARDC #6308593)

abindra@prinz-lawfirm.com
One East Wacker, Suite 550
Chicago, Illinois 60601
Telephone: (312) 212-4450
Fax: (312) 284-4822

**ATTORNEYS FOR PLAINTIFF MIMS**


Dated: August 6, 2015                By /s/ Brody Elizabeth Dawson
                                        Brody Elizabeth Dawson (#6299617)
                                        Union Pacific Railroad Company
                                        101 North Wacker Drive, Room 1920
                                        Chicago, Illinois 60606
                                        Telephone: (312) 777-2062

                                     and

                                     **THOMPSON COBURN LLP**
                                     Krisssa P. Lubben, (#06229748)
                                     Paul R. Klein, (#06306343)
                                     One US Bank Plaza
                                     St. Louis, Missouri 63101
                                     Telephone: (314) 552-7000
                                     klubben@thompsoncoburn.com
                                     pklein@thompsoncoburn.com


                                     **ATTORNEYS FOR DEFENDANT UNION
                                     PACIFIC RAILROAD COMPANY**

2