UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Edgar D. Mims, Jr.
                                        Plaintiff,

v.                                      Case No.: 1:13−cv−08987
                                        Honorable Joan B. Gottschall

Union Pacific Railroad Company
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 10, 2015:

  MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the parties' stipulation of dismissal [51], this case is dismissed with prejudice. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.